Jose Luis Manzado-Colobon
Reg. No. 68018-018
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436



UNITED STATES DISTRICT COURT

JOSE LUIS MANZADO-COLOBON,
        Petitioner,

v.

CONSULATE OF ECUADOR, et. al.,
        Respondents,

CV22-3245-DMG (JEM)

CIVIL COMPLAINT

    The Petitioner, JOSE LUIS MANZADO-COLOBON, comes now before this Honorable Court with the intention of filing a "CIVIL COMPLAINT", with regard to several issues that will be set forth in the following lines. The Petitioner's knowledge and understanding of the law is very limited, so he begs the Court's understanding and patience. The Petitioner is a foreign national who is seeking action against the representation of his Country's Government in the United States. The main purpose of the Petitioner is that his Country's representation in the United States be held accountable for several basic human rights violations, and outright disregard to the duty and purpose of those same representations, which is to aid and protect it's fellow citizens in foreign soil. Things that they have completely failed to do. The Petitioner humbly requests of this Court to hear his claim and take any action that it sees fit.

    The Petitioner, JOSE LUIS MANZADO-COLOBON, is a citizen of the Country of Ecuador. The Petitioner has been incarcerated in Federal Prison in the United States since November 11, 2016. He was captured off the coast of Galapago, in International waters. Currently, the United States has a cooperation foreign policy with the Country of Ecuador, which makes all of it's citizens eligible for the benefit of a treaty transfer.

STATEMENT OF CLAIM

My name is JOSE LUIS MANZADO-COLOBON, and I am a citizen of Ecuador. I have been incarcerated in Federal Prison in the United States since November 11, 2016. The United States currently has a cooperation foreign policy with the Country of Ecuador, which makes all of it's citizens automatically qualify for the benefit of a treaty transfer. I have been here in Federal Prison for over five (5) years, and the Consulate of Ecuador has not done it's job which consists of aiding and protecting it's fellow citizens in a foreign Country. The day of my arrest, I was in a speed-boat that was loaded with drugs. The vessel which intercepted the speed-boat opened fire on us. All of us that were traveling in the speed-boat were un-armed. When the United States vessel opened fire on us, the engines caught fire and I tried to run away from the fire. When this happened, my foot got caught on the deck of the boat and I fell. At this point, my left foot that had caught broke and I crumpled to the floor in pain. The United States law enforcement officers got me off the boat by carrying me because I was unable to walk due to my broken foot. They interrogated us, and I was sitting there the whole time with my broken foot, in pain, and terrified because I do not understand what is being said. They are asking us all sorts of questions which I do not understand what they are. During the entire time I have been incarcerated, I have never once received any kind of treatment for the injury I suffered that day. My broken foot just mended on it's own. I never once got anything other than Ibuprofen or Tylenol. I saw the doctor upon arriving in the jail, and at some point I was supposed to have had surgery on my foot to set it correctly, but that never happened.

I attampted to contact the Consulate of Ecuador on a number of occasions without success. In 2017, while I was designated to FCI Coleman, in the state of Florida, I sent a letter to the Consulate of Ecuador that is located in Washington, D.C., to which I never received any type of response. The Consul at the time was Patricio Carrion Mina. In 2019, while I was designated to the Federal Prison located in Pecos, Texas, I wrote the Consulate located in the city of Dallas, Texas, to which they answered saying that they could not do anything, that it was the Consulate located in the state of Florida that had jurisdiction. The entire time I have been incarcerated, the Consulate of Ecuador has never addressed any of my attempts to communicate with them. They have

completely failed in their duty to support, aid and protect one of it's citizens in a foreign country. The purpose of the Consulate is precisely that, to aid, support and protect it's citizens on foreign soil against any type of injustice or abuse that the person has suffered. During my present incarceration I have suffered several abuses and violations to my basic human rights. The main thing being that I have never received any type of medical attention with regards to the injury I suffered on the day of my arrest. Furthermore, the U.S. Government vessel that was responsible for the capture of my speed-boat has video of the arrest, and it clearly shows all of the events that took place. The fact that the Government of Ecuador knows that the U.S. vesse opened fire on an un-armed speed-boat, and has done nothing about it demonstrates an utter and blatant disregard for the protection and safety of one of it's citizens.

## RELIEF SOUGHT

I am seeking that the Government of Ecuador be held accountable to respond for the abuse and injury one of it's citizens has suffered, and that they have done absolutely nothing about it. They have never sought to help me in my efforts to obtain medical treatment for the injury I suffered. They have never sought to expedite or even aknowledge the process of transfer that I have been awaiting, since I have been incarcerated for over five (5) years now. My treaty transfer process should have been concluded a long time ago. Also, they have not acted on my behalf with regard to the fact that I am currently in a United States Penitentiary when my security classification point score is of a LOW designation. In general, they have failed to provide support, aid and protection to one of it's citizens. They have not acted in the interest of assuring the safety and well-being of one of it's citizens. I am seeking that the agency or organization that is responsible for the oversight of this Government representation of Ecuador be scrutinized and held accountable for the damages suffered by one of it's citizens. I am not alone in my plight. There are other citizens of Ecuador held in this facility who are going through similar circumstances as I am.

Respectfully submitted and pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

-4-

Executed and signed on this the 5 day of May, 2022.

Petitioner,

JOSE ~~LUIS~~ MANZADO-COLOBON
Reg. No. 68018-018
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

-4-



